UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON

CRIMINAL ACTION NO. 5:07-cr-154-KSF

UNITED STATES OF AMERICA                                         PLAINTIFF

vs.                            **OPINION AND ORDER**

MICHAEL ANTONE LABORDEAUX                               DEFENDANT

\* \* \* \* \* \* \* \*

This matter is before the Court pursuant to a Report and Recommendation by Magistrate Judge J. Gregory Wehrman revoking Mr. Labordeaux's supervised release and sentencing him to custody for a period of twelve (12) months and one (1) day with no supervised release to follow.

No objections were filed to the Magistrate Judge's findings of fact and recommendation, and the time for filing same has passed. Although this Court must make a *de novo* determination of those portions of the Magistrate Judge's recommendations to which objection is made, 28 U.S.C. § 636(b)(1)(c), "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings." *Thomas v. Arn*, 474 U.S. 140, 150 (1985). Moreover, a party who fails to file objections to a Magistrate Judge's proposed findings of fact and recommendation waives the right to appeal. *See Wright v. Holbrook*, 794 F.2d 1152, 1154-55 (6th Cir. 1986). Nevertheless, having examined the record and having made a *de novo* determination, the Court is in agreement with the Magistrate Judge's Report and Recommendation.

Accordingly, it is hereby **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation [DE 52] is **ADOPTED** and **INCORPORATED** by reference;

2. A Judgment will be entered contemporaneously herewith.

This October 16, 2013.



Signed By:
*Karl S. Forester* KSF
United States Senior Judge